157 A.3d 817

KIRBY

v.

JOHNS HOPKINS HOSPITAL

Pet. Docket No. 608, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2357, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 817

LOGAN

v.

ASHLAND PARK MEWS CONDOMINIUM ASS'N.

Pet. Docket No. 485, Sept. Term, 2016

Court of Appeals of Maryland.

April 21, 2017

(No. 24–C–16–003934, Circuit Court for Baltimore City).

Petition for writ of certiorari denied